1
2
3
4
5
6
7
8               UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   GINA CARMICHAEL,                        No.  2:16-cv-2478 MCE CKD PS

12                  Plaintiff,

13         v.                                ORDER

14   WINDHAM PROFESSIONALS,

15                  Defendant.

16

17         Plaintiff is proceeding in this action pro se.  Plaintiff alleges that defendant Windham

18   Professionals is wrongfully collecting on plaintiff's defaulted student loans.  The federal venue

19   statute provides that a civil action may be brought only in "(1) a judicial district where any

20   defendant resides, if all defendants are residents of the State in which the district is located; (2) a

21   judicial district in which a substantial part of the events or omissions giving rise to the claim

22   occurred, or a substantial part of property that is the subject of the action is situated; or (3) if there

23   is no district in which an action may otherwise be brought as provided in this section, any judicial

24   district in which any defendant is subject to the court's personal jurisdiction with respect to such

25   action."  28 U.S.C. § 1391(b).

26         In this action, defendant is a corporation located in East Aurora, New York.  Therefore,

27   plaintiff's claim should have been filed in the United States District Court, Western District of

28   New York.  In the interest of justice, a federal court may transfer a complaint filed in the wrong

1

1  district to the correct district.  See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932

2  (D.C. Cir. 1974).

3         Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United

4  States District Court, Western District of New York.

5  Dated:  October 19, 2016

6                                           _____
                                            CAROLYN K. DELANEY
7                                           UNITED STATES MAGISTRATE JUDGE

8  4 carmichael2478.tra

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28